JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARIKSHIT MAJUMDER, an individual, and ATLANTIC SALES TRADING INC., a corporation,<br><br>Defendants. | CASE NO. CV 11-8006 CBM (PLAx)<br><br>JUDGMENT |

1

This Court granted Defendant Majumder' Motion to Vacate or Set Aside Default and Default Judgment on May 30, 2012 ("Order"). The Order required Defendant Majumder to file a proper responsive pleading and a declaration under penalty of perjury that the Defendant has reviewed the Federal Rules of Civil Procedure as well as the Local Rules of this Court no later than June 8, 2012. Defendant Majumder has not filed any pleading or declaration as of today's date. The Order also stated that future failures may result in judgment being entered in favor of Plaintiffs.

As a result of Defendant Majumder's failure to comply with this Court's May 30, 2012 Order, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs APL CO. Pte., LTD., and AMERICAN PRESIDENT LINES, LTD., ("Plaintiffs") in the amount of $16,632.00 against Defendants PARIKSHIT MAJUMDER and ATLANTIC SALES TRADING INC. ("Defendants"). This amount consists of $14,700.00 in damages, $1,482.00 in attorneys' fees, and $350.00 in costs.

DATED: February 20, 2013          _____ /s/ _____

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE