UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>Plaintiffs,<br>v.<br>PARIKSHIT MAJUMDER, an individual, and ATLANTIC SALES TRADING INC., a corporation,<br><br>Defendants. | No. CV 11-8006 CBM (PLAx)<br><br>**[PROPOSED] JUDGMENT**<br>**[F.R.C.P. 56]**<br><br>The Hon. Consuelo B. Marshall |

On December 16, 2014 at 10:00 a.m., APL Co. Pte. Ltd. and American President Lines, Ltd.'s ("APL") Motion for Summary Judgment came before this Court, located at 312 North Spring Street, Los Angeles, California.

The Court has considered the declarations and other papers in support of and in opposition to APL'S Motion for Summary Judgment, and the oral argument of counsel and pro se defendant, Parikshit Majumder.

1  Therefore, this Court finds that plaintiffs are entitled to the relief sought and
2  orders summary judgment in favor of plaintiffs APL Co. Pte., Ltd. and American
3  President Lines, Ltd. as follows:

5  IT IS ORDERED, ADJUDGED, AND DECREED that:
6  Plaintiffs APL Co. Pte., Ltd and American President Lines, Ltd. recover
7  from defendant **PARIKSHIT MAJUMDER** the dead freight damages resulting
8  from defendant's breach of the maritime service contract of $14,700.

10  **IT IS SO ORDERED.**

12  DATED: 6/10/15

_____
U.S. DISTRICT JUDGE